LINDA WENDELL HSU    (SBN 162971)
SUNGJEE LEE          (SBN 246860)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:      lhsu@selmanbreitman.com
            slee@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>         Plaintiffs,<br><br>    v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>         Defendants. | CASE NO.  CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE NON-EXPERT DISCOVERY** |

    Pursuant to Federal Rules of Civil Procedure, Rule 29 and Local Rules of Practice for the United States District Court, Northern District of California, Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the time to

///

///

///

///

1
JOINT STIPULATION TO EXTEND TIME TO COMPLETE NON-EXPERT DISCOVERY - CV 08 3335 NJV

complete non-expert discovery is extended from March 30, 2009 to April 30, 2009.

    IT IS SO STIPULATED:

DATED: March __, 2009    SELMAN BREITMAN LLP

By: _____
    LINDA WENDELL HSU
    Attorney for Defendant
    SCOTTSDALE INDEMNITY COMPANY

DATED: March __, 2009    LAW OFFICES OF DAVID P. DIBBLE

By: _____
    DAVID P. DIBBLE
    Attorney for Plaintiff
    CLARENCE JONATHON WOOD

DATED: March __, 2009    LAW OFFICE OF ZACHARY E. ZWERDLING

By: _____
    ZACHARY E. ZWERDLING
    Attorney for Plaintiff
    HEIDI COLLINGWOOD

    IT IS SO ORDERED:

DATED: March 18, 2009

By: _____
    NANDOR J. VADAS
    JUDGE OF THE DISTRICT COURT

complete non-expert discovery is extended from March 30, 2009 to April 30, 2009.

IT IS SO STIPULATED:

DATED: March __, 2009          SELMAN BREITMAN LLP

                               By: _____
                                   LINDA WENDELL HSU
                                   Attorney for Defendant
                                   SCOTTSDALE INDEMNITY COMPANY

DATED: March 11, 2009          LAW OFFICES OF DAVID P. DIBBLE

                               By: _____
                                   DAVID P. DIBBLE
                                   Attorney for Plaintiff
                                   CLARENCE JONATHON WOOD

DATED: March 12, 2009          LAW OFFICE OF ZACHARY E. ZWERDLING

                               By: _____
                                   ZACHARY E. ZWERDLING
                                   Attorney for Plaintiff
                                   HEIDI COLLINGWOOD

IT IS SO ORDERED:

DATED: March __, 2009

                               By: _____
                                   NANDOR J. VADAS
                                   JUDGE OF THE DISTRICT COURT