1  LINDA WENDELL HSU   (SBN 162971)
   SUNGJEE LEE        (SBN 246860)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099
   Email:     lhsu@selmanbreitman.com
5             slee@selmanbreitman.com

6  Attorney for Defendant
   Scottsdale Indemnity Company
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 CLARENCE JONATHON WOOD and HEIDI     CASE NO.  CV 08 3335 NJV
   COLLINGWOOD,
12                                      JOINT STIPULATION AND [PROPOSED]
            Plaintiffs,                 ORDER TO EXTEND TIME FOR EXPERT
13                                      DISCLOSURES AND CERTAIN
        v.                              DEPOSITIONS
14
   SCOTTSDALE INDEMNITY CO.; and
15 DOES 1 to 100, inclusive,

16          Defendants.

17

18

19      Pursuant to Federal Rules of Civil Procedure, Rule 29 and

20 Local Rules of Practice for the United States District Court,

21 Northern District of California, Local Rule 6-2, IT IS HEREBY

22 STIPULATED by and between the parties to this action, through

23 their designated counsel of record, that:

24      1.   The depositions of James Hardina and Robin Donoian of

25 Scottsdale Indemnity Company will go forward on May 19, 2009;

26      2.   Expert disclosures shall now be due on May 14, 2009;

27 and

28

Selman Breitman LLP
ATTORNEYS AT LAW

1

168813.1 380.25532

1      3.    Supplemental expert disclosures shall now be due on May

2 29, 2009; and

3      4.    The deposition of Kimberly Lindstrom shall go forward

4 as soon as her location is ascertained.

5

6     IT IS SO STIPULATED:

7

8 DATED: April 28, 2009    SELMAN BREITMAN LLP

9

10     By: /s/ Sungjee Lee

11         LINDA WENDELL HSU
        SUNGJEE LEE

12         Attorneys for Defendant
        SCOTTSDALE INDEMNITY COMPANY

13

14 DATED: April 28, 2009    LAW OFFICES OF DAVID P. DIBBLE

15

16     By: /s/ David P. Dibble

17         DAVID P. DIBBLE
        Attorney for Plaintiff
        CLARENCE JONATHON WOOD

18

19 DATED: April 28, 2009    LAW OFFICE OF ZACHARY E. ZWERDLING

20

21     By: /s/ Zachary E. Zwerdling

22         ZACHARY E. ZWERDLING
        Attorney for Plaintiff

23         HEIDI COLLINGWOOD

24

25

26

27

28

**Selman Breitman** LLP
ATTORNEYS AT LAW

**JOINT STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES AND CERTAIN DEPOSITIONS
- CV 08 3335 NJV**

168813.1 380.25532

1

      IT IS SO ORDERED:

2

DATED: April 29 , 2009

3

4

By: _____
      NANDOR J. VADAS

5

      JUDGE OF THE DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

168813.1 380.25532

3