LINDA WENDELL HSU    (SBN 162971)
SUNGJEE LEE          (SBN 246860)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:      lhsu@selmanbreitman.com
            slee@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR EXCHANGE OF EXPERT REPORTS** |

Pursuant to Federal Rules of Civil Procedure, Rule 29 and Local Rules of Practice for the United States District Court, Northern District of California, Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that:

///

///

///

///

1    1.   A mutual exchange of expert reports shall now be made on June 15, 2009.

IT IS SO STIPULATED:

DATED: June 11, 2009    SELMAN BREITMAN LLP

By: /s/ Sungjee Lee
    LINDA WENDELL HSU
    SUNGJEE LEE
    Attorneys for Defendant
    SCOTTSDALE INDEMNITY COMPANY

DATED: June 11, 2009    LAW OFFICES OF DAVID P. DIBBLE

By: /s/ David P. Dibble
    DAVID P. DIBBLE
    Attorney for Plaintiff
    CLARENCE JONATHON WOOD

DATED: June 11, 2009    LAW OFFICE OF ZACHARY E. ZWERDLING

By: /s/ Zachary E. Zwerdling
    ZACHARY E. ZWERDLING
    Attorney for Plaintiff
    HEIDI COLLINGWOOD

IT IS SO ORDERED:

DATED: June 15, 2009

By: [signature]
    NANDOR J. VADAS
    JUDGE OF THE DISTRICT COURT