```
LINDA WENDELL HSU    (SBN 162971)
SUNGJEE LEE          (SBN 246860)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:      lhsu@selmanbreitman.com
            slee@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>       Plaintiffs,<br><br>   v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>       Defendants. | CASE NO.  CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATES FOR DISPOSITIVE MOTIONS** |

Pursuant to Federal Rules of Civil Procedure, Rule 29 and Local Rules of Practice for the United States District Court, Northern District of California, Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that:

///

///

///

///

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATES FOR MOTION FOR DISPOSITIVE MOTIONS - CV 08 3335 NJV**

174183.1 380.25532

1.   All moving papers for dispositive motions shall now be filed by or on July 21, 2009;

2.   Any oppositions to dispositive motions shall now be filed on August 4, 2009;

3.   Any reply to the oppositions to dispositive motions shall now be filed on August 11, 2009;

4.   Dispositive motions shall ~~still~~ be heard on ~~August 25~~ September 1, 2009.

IT IS SO STIPULATED:

DATED: July 13, 2009          SELMAN BREITMAN LLP

                              By:/S/SUNGJEE LEE
                                 LINDA WENDELL HSU
                                 SUNGJEE LEE
                                 Attorneys for Defendant
                                 SCOTTSDALE INDEMNITY COMPANY

DATED: July 13, 2009          LAW OFFICES OF DAVID P. DIBBLE

                              By:/S/David P. Dibble
                                 DAVID P. DIBBLE
                                 Attorney for Plaintiff
                                 CLARENCE JONATHON WOOD

DATED: July 13, 2009          LAW OFFICE OF ZACHARY E. ZWERDLING

                              By:/S/Zachary E. Zwerdling
                                 ZACHARY E. ZWERDLING
                                 Attorney for Plaintiff
                                 HEIDI COLLINGWOOD

1   IT IS SO ORDERED:

2   DATED: July 21, 2009

3
4   By: _____
       NANDOR J. VADAS
       ~~JUDGE OF THE DISTRICT COURT~~
5      United States Magistrate Judge

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATES FOR MOTION FOR DISPOSITIVE MOTIONS - CV 08 3335 NJV**

174183.1  380.25532