1  David P. Dibble, Esq. #73938
   LAW OFFICES OF DAVID DIBBLE
2  123 F Street, Suite D
   Eureka, CA 95501
3  Telephone: (707) 444-9330
   Facsimile: (707) 443-0442
4
   Attorneys for Plaintiff Clarence Jonathon Wood
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  CLARENCE JONATHON WOOD,            NO.    CV 08 3335 NJV
   HEIDI COLLINGWOOD,
10                                    **JOINT STIPULATION AND
         Plaintiffs,                  [PROPOSED] ORDER TO
11                                    CONTINUE THE HEARING DATE
   vs.                                FOR DISPOSITIVE MOTIONS**
12
   SCOTTSDALE INDEMNITY
13 COMPANY and Does 1 through 100,
   inclusive,
14
         Defendants.
15 _____/

16       Pursuant to Federal Rules of Procedure, Rule 29, and Local Rules of Practice for the United

17 States District Court, Northern District of California, Local Rule 6-2,

18       IT IS HEREBY STIPULATED by and between the parties to this action, through their

19 designated counsel of record, that the hearing date for dispositive motions be continued from

20 August 25, 2009 to September 1, 2009.

21       IT IS SO STIPULATED.

22 Date:   July 20, 2009         LAW OFFICE OF DAVID P. DIBBLE

23
                                 By:    /s/ David P. Dibble
24                                      DAVID P. DIBBLE
                                        Attorney for Plaintiff
25                                      Clarence Jonathan Wood

26 ///

LAW OFFICES OF DAVID DIBBLE
123 F STREET, SUITE D
EUREKA, CA 95501
(707) 444-9330

1

JOINT STIPULATION TO EXTEND TIME TO CONTINUE THE HEARING DATE FOR DISPOSITIVE MOTIONS
CV 083335 NJV

1 | Date: July 20, 2009         LAW OFFICE OF ZACHARY E. ZWERDLING
2
3                               By:   /s/ Zachary E. Zwerdling
                                      ZACHARY E. ZWERDLING
4                                     Attorney for Plaintiff
                                      Heidi Collingwood
5
6 | Date: July 20, 2009         SELMAN BREITMAN, LLP
7
8                               By:   /s/ Linda Wendell Hsu
                                      LINDA WENDELL HSU
9                                     Attorneys for Defendant
                                      Scottsdale Insurance Company
10

11 | IT IS SO ORDERED.

12 | Date:  July 21 , 2009
                                      _____
13                                    NANDOR J. VADAS
                                      ~~Judge of the District Court~~
                                      United States Magistrate Judge

LAW OFFICES OF DAVID DIBBLE
123 F STREET, SUITE D
EUREKA, CA 95501
(707) 444-9330

2

JOINT STIPULATION TO EXTEND TIME TO CONTINUE THE HEARING DATE FOR DISPOSITIVE MOTIONS
CV 083335 NJV