David P. Dibble, Esq. #73938
LAW OFFICES OF DAVID DIBBLE
123 F Street, Suite D
Eureka, CA 95501
Telephone: (707) 444-9330
Facsimile: (707) 443-0442

Attorneys for Plaintiff Clarence Jonathon Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD, HEIDI COLLINGWOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTTSDALE INDEMNITY COMPANY and Does 1 through 100, inclusive,<br><br>Defendants. | NO. CV 08 3335 NJV<br><br>[PROPOSED] ORDER GRANTING REQUEST OF PLAINTIFF CLARENCE JONATHON WOOD TO BE EXCUSED FROM PERSONAL APPEARANCE AT MEDIATION |

The Court, having considered the Request of Plaintiff Clarence Jonathon Wood pursuant to Local ADR Rule 6-10 to be excused from personal attendance at the mediation of this matter for the reasons set forth in the letter of David P. Dibble, Esq. to the Court dated July 29, 2009, and good cause appearing therefore,

IT IS HEREBY ORDERED,

That Plaintiff Clarence Jonathon Wood be, and the same hereby is, excused from personal attendance at the mediation of this case provided he is available by telephone or better means of communication throughout the mediation. If it is determined by the mediator that Mr. Wood's personal attendance at the mediation is necessary to conduct a meaningful mediation, the Court may order Mr. Wood's personal attendance.

///

LAW OFFICES OF DAVID DIBBLE
123 F STREET, SUITE D
EUREKA, CA 95501
(707) 444-9330

1

[Proposed] Order Granting Request of Plaintiff Clarence Jonathon Wood to be Excused From Personal Attendance at Mediation - CV 08 3335 NJV

1  DATED: 8/3/09

_____
Hon. Wayne D. Brazil, United States Magistrate Judge

LAW OFFICES OF DAVID
DIBBLE
123 F STREET, SUITE D
EUREKA, CA 95501
(707) 444-9330

2

[Proposed] Order Granting Request of Plaintiff Clarence Jonathon Wood to be Excused From Personal Attendance at Mediation  - CV 08 3335 NJV