LINDA WENDELL HSU (SBN 162971)
SUNGJEE LEE (SBN 246860)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:   (415) 979-0400
Facsimile:   (415) 979-2099
Email   :   lhsu@selmanbreitman.com
         :   slee@selmanbreitman.com

Attorneys for Defendant
SCOTTSDALE INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTTSDALE INDEMNITY COMPANY; and DOES 1 to 100, inclusive,,<br><br>　　　　　　Defendants. | CASE NO. CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date　:　September 1, 2009<br>Time　:　1:00 p.m.<br>Judge　:　Hon. Nandor J. Vadas |

　　　　Plaintiffs Clarence Jonathon Wood and Heidi Collingwood ("Plaintiffs") and Defendant Scottsdale Indemnity Company ("Scottsdale") (collectively hereinafter the "Parties"), through their respective counsel of record, hereby stipulate that all documents produced through discovery in this insurance coverage action (including, but not limited to the below, specifically identified documents) are deemed authentic and admitted into evidence as agreed upon in greater detail below and that this stipulation is meant to facilitate the Parties' motions for summary judgment (with hearing date of September 1, 2009).  With respect to Exhibits P – T, plaintiffs object to them as being irrelevant and hearsay.  Plaintiffs do not dispute their authenticity.

1

**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**

With respect to the underlying pleadings that were produced through discovery in this action, the Parties simply stipulate that these pleadings are authentic and admit them into evidence without admitting the veracity of the allegations contained therein.  The Parties agree that the underlying pleadings simply allege what they allege.

With respect to the underlying deposition transcripts, the Parties stipulate that they are true and correct copies of deposition transcripts taken and produced in the underlying consolidated Wood and Collingwood v. Lindstrom, et al. action, Humboldt County Superior Court, Case Numbers DR020419 and DR020685(the "underlying action") and that they are admitted into evidence.  The Parties acknowledge that the underlying deposition transcripts were provided to Scottsdale during the underlying action.

## THE DOCUMENTS TO WHICH THIS STIPULATION APPLIES

Any and all documents exchanged by the Parties during the course of discovery in this matter which includes, but is not limited to, the below identified and attached documents.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Ralph and Pamela Lindstrom's application for umbrella coverage from Scottsdale Indemnity Company. |
| B | The April 16, 2009 deposition transcript of Ralph L. Lindstrom taken in this action. |
| C | The April 16, 2009 deposition transcript of Pamela W. Lindstrom taken in this action. |
| D | Scottsdale Policy No. PUI0020229, a "Personal Umbrella Liability Policy," issued to Ralph L. and Pamela W. Lindstrom, effective May 31, 2001 to May 31, 2002. |
| E | Foremost Insurance Group Mobile Home Insurance Policy No. 103-0613047562-01 (05/24/2001 – 05/24/2002) issued to named insureds Ralph L. and Pamela W. Lindstrom. |
| F | Hartford Casualty Insurance Company Homeowners Policy No. 57RB563000 |

|   | |   |
|---|---|---|
|   | | (06/19/2001 – 06/19/2002) issued to named insureds Ralph L. and Pamela W. Lindstrom. |
|   | G | Complaint styled *Wood, et al. v. Scottsdale Indemnity Co., et al.,* Humboldt County Superior Court case number DR080473 (removed to this Court). |
|   | H | Deposition of Ralph L. Lindstrom taken on October 15, 2002 in the underlying action. |
|   | I | Pertinent portions of Appellants' Combined Opening Brief submitted by Plaintiffs in the underlying action to the Court of Appeal, State of California, First Appellate District, Division 4, Appeal numbers A107462 and A107463 (consolidated) dated December 29, 2004. |
|   | J | The June 2, 2003 deposition transcript of Emily Marie Holz taken in the underlying action. |
|   | K | The June 2, 2003 deposition transcript of Jessica Holz taken in the underlying action. |
|   | L | The December 12, 2002 deposition transcript of Miranda Lindstrom taken in the underlying action. |
|   | M | Plaintiff Heidi Collingwood's Complaint for wrongful death and exemplary damages against the Lindstroms and Holz Lindstrom, Humboldt County Superior Court case number DR020419. |
|   | N | Plaintiff Clarence Jonathon Wood's Complaint for General Negligence against the Lindstroms and Holz Lindstrom, Humboldt County Superior Court Case Number DR020685. |
|   | O | Humboldt County Superior Court's Judgment After Court Trial issued on August 30, 2006. |
|   | P | January 5, 2006 correspondence from Rose Butler of Hartford Casualty Insurance Company to Larry L. Hill, defense counsel for Kimberly Holz Lindstrom in the |

3
**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**

174704.1  380.25532

|  |  |
|---|---|
|  | underlying action. |
| Q | January 10, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood in the underlying action, to Rose Butler of Hartford Casualty Insurance Company. |
| R | January 16, 2006 correspondence from Rose Butler of Hartford Casualty Insurance Company to Larry Hill, Esq., defense counsel for Kimberly Holz Lindstrom in the underlying action. |
| S | January 24, 2006 correspondence from Rose Butler of Hartford Casualty Insurance Company to Kimberly Holz. |
| T | February 1, 2006 correspondence from Rose Butler of Hartford Casualty Insurance Company to Kimberly Holz Lindstrom. |
| U | June 14, 2004 Correspondence From Randy S. Perlman, Defense Counsel For Ralph And Pamela Lindstrom In The Underlying Action, To Scottsdale Indemnity Company. |
| V | July 8, 2004 ACORD General Liability Notice of Occurrence/Claim regarding the drowning of Kayla Wood. |
| W | July 8, 2004 correspondence from Carl Berg of Scottsdale's Claims Division to Ralph L. and Pamela W. Lindstrom. |
| X | July 20, 2004 correspondence from Robin Donoian of Scottsdale to Mr. and Mrs. Ralph Lindstrom. |
| Y | November 8, 2005 correspondence from Larry Hill, Esq., defense counsel for Kimberly Holz Lindstrom in the underlying action, to Scottsdale Indemnity Company. |
| Z | November 15, 2005 correspondence from Scottsdale to Larry Hill, Esq., defense counsel for Kimberly Holz Lindstrom in the underlying action. |
| AA | December 16, 2005 correspondence from David Dibble, counsel for plaintiff |

4
**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**

174704.1  380.25532

|    |                                                                                                              |
|----|--------------------------------------------------------------------------------------------------------------|
|    | Wood, to Jim Hardina of Scottsdale.                                                                          |
| BB | December 27, 2005 correspondence from Scottsdale to David Dibble, Esq., counsel for plaintiff Wood.          |
| CC | April 26, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood, to Jim Hardina of Scottsdale. |
| DD | May 16, 2006 correspondence from Neil Selman, coverage counsel for Scottsdale, to David Dibble, Esq., counsel for plaintiff Wood. |
| EE | May 18, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood, to Neil Selman, coverage counsel for Scottsdale. |
| FF | May 25, 2006 correspondence from Neil Selman, coverage counsel for Scottsdale, to David Dibble, Esq., counsel for plaintiff Wood. |
| GG | June 1, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood, to Neil Selman, coverage counsel for Scottsdale. |
| HH | June 5, 2006 correspondence from Neil Selman, coverage counsel for Scottsdale, to David Dibble, Esq., counsel for plaintiff Wood. |
| II | June 6, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood, to Neil Selman, coverage counsel for Scottsdale. |
| JJ | June 14, 2006 correspondence from David Dibble, Esq., counsel for plaintiff Wood, to Neil Selman, coverage counsel for Scottsdale. |
| KK | Plaintiff Heidi Collingwood's Responses to Request for Admissions of Defendant Scottsdale, Set One.          |
| LL | Plaintiff Clarence Jonathon Wood's Responses to Request for Admissions of Defendant Scottsdale, Set One.     |
| MM | Claim Notes and Coverage Notes of Scottsdale Indemnity Company, SIC 00023-31.                                |
| NN | Opinion of the First District Court of Appeal, State of California in the matter of                          |

5
**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**

174704.1  380.25532

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
|    | Collingwood, *et al* v. Lindstrom, *et al*.                                          |
| OO | Memorandum of Costs filed on November 2, 2006 by Plaintiff Clarence Jonathon Wood.   |
| PP | Memorandum of Costs filed on November 2, 2006 by Plaintiff Heidi Collingwood.        |
| QQ | Assignment of Cause of Action Executed by Kimberly Lindstrom.                        |
| RR | Declaration of Ralph Lindstrom dated July 7, 2009.                                   |
| SS | Deposition of Kimberly Lindstrom taken on October 15, 2002.                          |
| TT | Deposition of Plaintiff Clarence Jonathon Wood taken on February 4, 2004.            |
| UU | Deposition of Robin Donoian taken on May 19, 2009.                                   |
| VV | Deposition of James Hardina taken on May 19, 2009.                                   |
| WW | Defendant Kim Lindstrom's Answers to Delay Reduction Interrogatories dated August 29, 2002. |

DATED: July 21, 2009            SELMAN BREITMAN LLP


                                By:    */s/ Linda Wendell Hsu*
                                       LINDA WENDELL HSU
                                       SUNGJEE LEE
                                       Attorneys for Defendant
                                       SCOTTSDALE INDEMNITY COMPANY


DATED: July 21, 2009            LAW OFFICES OF DAVID P. DIBBLE


                                By:    */s/ David P. Dibble*
                                       DAVID P. DIBBLE
                                       Attorney for Plaintiff
                                       CLARENCE JONATHON WOOD

6
**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**

174704.1  380.25532

| | |
|---|---|
| DATED: July 21, 2009 | LAW OFFICE OF ZACHARY E. ZWERDLING |

By: _/s/ Zachary E. Zwerdling_
ZACHARY E. ZWERDLING
Attorney for Plaintiff
HEIDI COLLINGWOOD

IT IS SO ORDERED:

DATED: Aug. 5, 2009

By: _____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

Selman Breitman LLP
ATTORNEYS AT LAW

174704.1  380.25532

7
**JOINT STIPULATION AND [PROPOSED] ORDER AUTHENTICATING AND ADMITTING INTO EVIDENCE DOCUMENTS FOR MOTIONS FOR SUMMARY JUDGMENT – CV 08 3335 NJV**