1  LINDA WENDELL HSU   (SBN 162971)
   SELMAN BREITMAN LLP
2  33 New Montgomery, Sixth Floor
   San Francisco, CA  94105
3  Telephone: (415) 979-0400
   Facsimile: (415) 979-2099
4  Email:     lhsu@selmanbreitman.com

5

   Attorney for Defendant
6  Scottsdale Indemnity Company

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

   CLARENCE JONATHON WOOD and HEIDI | CASE NO.  CV 08 3335 NJV
11 COLLINGWOOD,
                                    | **JOINT STIPULATION AND [~~PROPOSED~~]**
12         Plaintiffs,               | **ORDER TO PERMIT LIMITED**
                                    | **ADDITIONAL BRIEFING IN THE**
13      v.                           | **PARTIES' CROSS MOTIONS FOR**
                                    | **SUMMARY JUDGMENT**
14 SCOTTSDALE INDEMNITY CO.; and
   DOES 1 to 100, inclusive,        | **[L.R. 7-11 and 7-12]**
15
           Defendants.
16

17

18

19      Pursuant to the United States District Court, Northern

20 District of California, Civil Local Rules 7-11 and 7-12, IT IS

21 HEREBY STIPULATED by and between the parties to this action,

22 through their designated counsel of record, that:

23      1.   Plaintiffs' Memorandum of Points and Authorities in

24 support of their Motion for Summary Judgment exceeded the page

25 limitations established by local rule by five (5) pages (30 pages

26 instead of 25).

27      2.   To address and oppose the arguments in the 5 extra

28
                                    1
**JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT LIMITED ADDITIONAL BRIEFING IN
THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT  - CV 08 3335 NJV**

177876.1 380.25532

pages of Plaintiffs' Motion for Summary Judgment, pp. 26 to 30, Scottsdale Indemnity Company ("Scottsdale") may file up to an extra 5 briefing pages in a Supplemental Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment as a separate brief.  Such supplemental brief will be filed by September 22, 2009 and the arguments contained, therein, will be limited to a response to the arguments stated on pages 26 to 30 of plaintiff's points and authorities.

3.   Plaintiffs may file a two page Memorandum of Points and Authorities in Reply to the Supplemental Opposition filed by defendant.  Such Reply shall be filed by September 25, 2009 and be limited to a response to the arguments contained in defendant's Supplemental Opposition.

IT IS SO STIPULATED:

DATED: September 9, 2009   SELMAN BREITMAN LLP

By: /s/ Linda Wendell Hsu
    LINDA WENDELL HSU
    Attorneys for Defendant
    SCOTTSDALE INDEMNITY COMPANY

DATED: September 9, 2009   LAW OFFICES OF DAVID P. DIBBLE

By: /s/ David P. Dibble
    DAVID P. DIBBLE
    Attorney for Plaintiff
    CLARENCE JONATHON WOOD

1  DATED: September 9, 2009    LAW OFFICE OF ZACHARY E. ZWERDLING

3                              By: /s/ Zachary E. Zwerdling
4                                  ZACHARY E. ZWERDLING
                                   Attorney for Plaintiff
                                   HEIDI COLLINGWOOD

     IT IS SO ORDERED:

DATED: September 14, 2009

9                              By: _____
                                   NANDOR J. VADAS  United States Magistrate Judge
10                                 JUDGE OF THE DISTRICT COURT

3
**JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT LIMITED ADDITIONAL BRIEFING IN THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT  - CV 08 3335 NJV**

177876.1 380.25532