1  LINDA WENDELL HSU   (SBN 162971)
   SELMAN BREITMAN LLP
2  33 New Montgomery, Sixth Floor
   San Francisco, CA  94105
3  Telephone: (415) 979-0400
   Facsimile: (415) 979-2099
4  Email:     lhsu@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that due to illness of counsel for defendant and her minor child on September 29, 2009, the parties agreed to continue the hearing on the parties' cross-Motions for Summary Judgment from September 29, 2009 to October 13, 2009 at 1:00 p.m. before the Honorable Judge Vadas.

　　　IT IS SO STIPULATED:

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT  - CV 08 3335 NJV**

179789.1 380.25532

```
 1  DATED: October 1, 2009        SELMAN BREITMAN LLP
 2
 3                                By:  /s/ Linda Wendell Hsu
                                      LINDA WENDELL HSU
 4                                    Attorneys for Defendant
                                      SCOTTSDALE INDEMNITY COMPANY
 5
 6
 7  DATED: October 1, 2009        LAW OFFICES OF DAVID P. DIBBLE
 8
 9                                By: /s/ David P. Dibble
                                      DAVID P. DIBBLE
10                                    Attorney for Plaintiff
                                      CLARENCE JONATHON WOOD
11
12  DATED: October 1, 2009        LAW OFFICE OF ZACHARY E. ZWERDLING
13
14                                By: /s/ Zachary E. Zwerdling
                                      ZACHARY E. ZWERDLING
15                                    Attorney for Plaintiff
                                      HEIDI COLLINGWOOD
16
17       IT IS SO ORDERED:
18  DATED: October 6 , 2009
19
20                                By: _____
                                      NANDOR J. VADAS
21                                    JUDGE OF THE DISTRICT COURT
                                      United States Magistrate Judge
```

2

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT - CV 08 3335 NJV**