```
LINDA WENDELL HSU   (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:     lhsu@selmanbreitman.com


Attorney for Defendant
Scottsdale Indemnity Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>        Plaintiffs,<br><br>    v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>        Defendants. | CASE NO.  CV 08 3335 NJV<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that due to illness of counsel for defendant and her minor child on September 29, 2009, the parties agreed to continue the hearing on the parties' cross-Motions for Summary Judgment from September 29, 2009 to October 13, 2009 at 1:00 p.m. before the Honorable Judge Vadas.

IT IS SO STIPULATED:

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT  - CV 08 3335 NJV**

179789.1 380.25532

```
DATED: October 1, 2009       SELMAN BREITMAN LLP


                             By:  /s/ Linda Wendell Hsu
                                 LINDA WENDELL HSU
                                 Attorneys for Defendant
                                 SCOTTSDALE INDEMNITY COMPANY


DATED: October 1, 2009       LAW OFFICES OF DAVID P. DIBBLE


                             By: /s/ David P. Dibble
                                 DAVID P. DIBBLE
                                 Attorney for Plaintiff
                                 CLARENCE JONATHON WOOD


DATED: October 1, 2009       LAW OFFICE OF ZACHARY E. ZWERDLING


                             By: /s/ Zachary E. Zwerdling
                                 ZACHARY E. ZWERDLING
                                 Attorney for Plaintiff
                                 HEIDI COLLINGWOOD


     IT IS SO ORDERED:

DATED: October 6 , 2009

                              By: [signature]
                                 NANDOR J. VADAS
                                 JUDGE OF THE DISTRICT COURT
                                 United States Magistrate Judge
```

2
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT  - CV 08 3335 NJV**

179789.1 380.25532