UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive, <br><br> Defendants. | CASE NO.  08-CV-3335 NJV <br><br> **ORDER DENYING AS MOOT DEFENDANT'S REQUEST TO FILE STATEMENT OF RECENT DECISION** |

### ORDER

This matter is before the Court on Scottsdale Indemnity Company's Motion To File Statement of Recent Decision ("Motion"). The Court, having already considered the Second District Court of Appeals' January 21, 2010 opinion *Superior Dispatch Inc. v. Insurance Corp. of New York*, 2010 WL 187957 in its ruling on the parties' cross-motions for summary judgment, finds the Motion to be moot. The Motion is therefore denied.

IT IS SO ORDERED.

1  DATED: February 11, 2010

2                                    By: _____
3                                        NANDOR J. VADAS
                                         U.S. MAGISTRATE JUDGE