LAW OFFICES OF

# DAVID P. DIBBLE

123 F STREET, SUITE C

EUREKA, CALIFORNIA 95501

(707) 444-9330

April 14, 2010

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:     *Wood/Collingwood v. Scottsdale Indemnity Co.*
        *Case No. CV 3335 08 NJV*

Dear Judge Spero:

This will follow and confirm our telephone conversation of April 14, 2010 concerning Clarence Jonathan Wood's appearance at the Settlement Conference in this matter presently scheduled for June 1, 2010. I had requested that Mr. Wood be permitted to be on telephone standby as he lives in the Philippines. Other counsel have no objection. You indicated that this would be acceptable provided that there be someone present at the Settlement Conference that has unlimited authority to settle the case.

I have spoken with Zachary E. Zwerdling, Esq., attorney for plaintiff Heidi Collingwood, and we have agreed that Ms. Collingwood would have unlimited authority to settle this case on behalf of plaintiffs at the Settlement Conference. Accordingly, Mr. Wood will be available by telephone standby for the Settlement Conference. Please let me know if an Order will be necessary and I will be happy to prepare one.

Thank you and please contact me if there are any questions in this regard.

Sincerely,

David P. Dibble, Esq.

DPD/nfs
cc:     Linda Wendell Hsu, Esq.
        Zachary E. Zwerdling, Esq.
        Clarence Jonathon Wood

IT IS SO ORDERED

Judge Joseph C. Spero

Dated: April 15, 2010